**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERICK BURGESS,

    Plaintiff,

v.                                                                 Case No. 09-CV-13019-DT

PROBABILITY PHYSICAL THERAPY, LLC,

    Defendant.
                                                      /

**ORDER STAYING PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS AND
SETTING TELEPHONE CONFERENCE**

On October 14, 2010, the court held a conference with counsel representing the parties in this case. The Assistant United States Attorney assigned to this matter also attended. During the conference, counsel presented the court with a unified time-line and plan under which to engage in informal discovery aimed at attempting to arrive at an amicable resolution to this matter. The plan contemplates that the parties will diligently work toward settlement within the next ninety days. The court is satisfied that the parties will use this time productively. Accordingly,

IT IS ORDERED that all formal proceedings in this matter are STAYED pending settlement negotiations between the parties in accordance with the proposed schedule that was presented to the court. The parties are instructed to notify the court immediately if they have reached a complete resolution to this matter or if their negotiations have halted.

IT IS FURTHER ORDERED that the court will conduct a telephone conference, on **January 13, 2011 at 10:00 a.m.** The court will initiate the call.

                                           S/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: October 15, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2010, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522